1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MARCO RAUL GUZMAN,              )  NO. CV 08-05971 PA (SS)
                                   )
12              Petitioner,        )  **ORDER ADOPTING FINDINGS,**
                                   )
13         v.                      )  **CONCLUSIONS AND RECOMMENDATIONS OF**
                                   )
14  RAUL LOPEZ, Acting Warden,     )  **UNITED STATES MAGISTRATE JUDGE**
                                   )
15              Respondent.        )
    _____)

16

17

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19  all the records and files herein, the February 3, 2011 Amended Report

20  and Recommendation of the United States Magistrate Judge, and

21  Petitioner's Objections.  After having made a de novo determination of

22  the portions of the Amended Report and Recommendation to which

23  Objections were directed, the Court concurs with and adopts the findings

24  and conclusions of the Magistrate Judge.

25  \\

26  \\

27  \\

28  \\

1      **IT IS ORDERED** that the Petition is denied and Judgment shall be

2 entered dismissing this action with prejudice.

3

4      **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and

5 the Judgment herein on Petitioner and counsel for Respondent.

6

7      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

8

9 Dated: March 1, 2011

10                                        _____

11                                        PERCY ANDERSON
                                          UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2