UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO RAUL GUZMAN,<br><br>              Petitioner,<br><br>      v.<br><br>RAUL LOPEZ, Acting Warden,<br><br>              Respondent. | NO. CV 08-05971 PA (SS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 1, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE